1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KAREN KREUZKAMP (CABN 246151)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7014
7       FAX: (415) 436-7234
        Email: karen.kreuzkamp@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3:13CR00363-002 EMC-JCS |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DETENTION |
| v. | |
| MERCEDEZ KIDD, | |
| Defendant. | |

This matter came before the Court on May 7, 2018 on a supervised release violation. Ms. Kidd was advised of her rights and the charges and Jodi Linker of the Federal Public Defender's Office was appointed to represent her. The government was represented by Assistant United States Attorney Shiao Lee. The parties and the Probation Officer proffered their respective positions regarding detention. As the matter was before the Court on a supervised release violation, pursuant to Federal Rule of Criminal Procedure 32.1(2)(6), the burden of establishing by clear and convincing evidence that Ms. Kidd would not flee or pose a danger to any other person or the community rested with Ms. Kidd.

As to risk of flight, the current supervised release violation alleges that Ms. Kidd walked away from a residential treatment facility on February 3, 2018. Seventeen days prior to that, the Honorable Edward M. Chen, United States District Judge, had ordered Ms. to remain at that facility for a period of

up to six months, at the discretion of the probation officer, in connection with a prior supervised release violation. ECF 120. Prior supervised release violations include a similar failure to remain at residential treatment, as well as failures to appear before the Court when summoned. Accordingly, the Court found Ms. Kidd to be a risk of flight.

IT IS ORDERED THAT:

1. Mercedez Kidd be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Mercedez Kidd be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendants are confined shall deliver Mercedez Kidd to an authorized deputy United States marshal for the purpose of any appearance in connection with a court proceeding.

SO ORDERED.

DATED: May 8, 2018

_____
HON. 
United States Magistrate Judge

Judge Joseph C. Spero