1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KAREN KREUZKAMP (CABN 246151)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7014
7      FAX: (415) 436-7234
       Email: karen.kreuzkamp@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3:13CR00363-002 EMC |
| Plaintiff, | **UNITED STATES' SENTENCING MEMORANDUM** |
| v. | |
| MERCEDEZ KIDD, | |
| Defendant. | |

On June 13, 2018, Mercedez Kidd will appear before the Court for sentencing on a supervised release violation. The violation is Class C and Kidd was a Criminal History Category I at the time of sentencing, resulting in a recommended guideline range of 3-9 months in custody. The U.S. Probation Officer recommends a sentence of three months in custody, six months in a residential re-entry center, followed by 48 months of supervised release. The government concurs with this recommendation. The government shares the Probation Officer's concerns regarding the suitability of home confinement and/or location monitoring, given Kidd's demonstrated difficulty complying with conditions of supervision and, as the Probation Officer has characterized it, her tumultuous relationship with her parents. The government is hopeful that the custodial sentence recommended by the Probation Officer will allow Kidd the opportunity to become clean and sober. The government also hopes that the

Case No. 3:13CR00363-002 EMC
U.S. Sentencing Mem.

recommend time in the residential re-entry center will provide Kidd the necessary support and structure to enable her to remain sober and abide by the terms of supervision.

DATED: June 12, 2018

Respectfully Submitted,

ALEX G. TSE
Acting United States Attorney

/s/
KAREN KREUZKAMP
Assistant United States Attorney

Case No. 3:13CR00363-002 EMC
U.S. Sentencing Mem.