UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** January 23, 2019  **Time:** 3:11 – 3:15 = 4 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 13-cr-00363-EMC-2   **Case Name:** USA v. Mercedes Kidd

**Attorney for Government:** Meredith Osborne
**Attorney for Defendant:** Jodi Linker
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman           **Court Reporter:** Marla Knox
**Interpreter:**                             **Probation Officer:** USPO Nicole Brown

### PROCEEDINGS

Sentencing re: SRV/PRBV – Held.

### SUMMARY

Defense counsel stated defendant has been successfully enrolled in residential treatment program in Vallejo, CA since November, 2018.  She has been sober for 107 days.

Defendant admitted to Charges 1 and 2.  Supervised release is modified as follows: Defendant is to continue in the 90 day residential treatment program in Vallejo, CA (with credit for time in program) and will work with probation for transitioning out of the program.  The Court accepts defendant's admission.

Other terms of supervised release remain unchanged.